# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) PAYNE, JAMES H | 2. Court or Organization DISTRICT COURT - EASTERN OKLA | 3. Date of Report 05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 201 U.S. COURTHOUSE P.O. BOX 2459 MUSKOGEE, OKLAHOMA 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

FINANCIAL DISCLOSURE REPORT
RECEIVED
2006 MAY 15 12 30 PM

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
|  |  |  |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

X    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
|  |  |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
|  |  |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 4TH STREET BUILDING CORP, Muskogee, OK | C | Dividend | M | W | | | | | |
| 2. ████████FARM - Stonewall Co., TX (1/8 interest) | A | Rent | L | W | | | | | |
| 3. BANCFIRST Muskogee, OK | A | Interest | K | T | | | | | |
| 4. COMMERCIAL REAL ESTATE - Muskogee, OK (30% int) | A | Rent | L | W | | | | | |
| 5. EDWARD D. JONES CO - MONEY MARKET | A | Interest | J | T | | | | | |
| 6. WAL-MART COMMON STOCK | A | Dividend | K | T | | | | | |
| 7. UTS VAN KAMPEN MERRITT ANNUITY | | None | | | Sell | 2004 | J | A | See note in Part VIII |
| 8. SUN LIFE/POLARIS VARIABLE ANNUITY fka Anchor Nat'l | B | Dividend | K | T | Merger | 2001 | | | See note in Part VIII |
| 9. AMERICAN HIGH INCOME FUND MUTUAL FUND | A | Dividend | K | T | | | | | See note in Part VIII |
| 10. POLARIS VARIABLE ANNUITY | | None | | | Merger | 2001 | K | | See note in Part VIII |
| 11. AMERICAN MUTUAL FUND CLA | B | Dividend | K | T | | | | | |
| 12. VODAFONE COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. EDISON INT'L COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. PEPSICO COMMON STOCK | C | Dividend | N | T | | | | | |
| 15. TRICON GLOBAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. AT&T fka SBC COMMUN COMMON STOCK | B | Dividend | | | Merger | 11/22 | K | | See note in Part VIII |
| 17. AMCAP FUND CLA MUTUAL FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ORACLE COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. HEWLETT PACKARD COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. ML GLOBAL ALLOCATION B MUTUAL FUND | A | Dividend | J | T | Buy | 11/15 | J | | |
| 21. ONEOK COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. PFIZER COMMON STOCK | A | Dividend | J | T | | | | | |
| 23. WASHINGTON MUTUAL INVESTORS MUTUAL FUND | A | Dividend | K | T | | | | | |
| 24. WILLIAMS CO., INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. CISCO SYSTEMS, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. EUROPACIFIC GROWTH CLA MUTUAL FUND | A | Dividend | J | T | | | | | |
| 27. PUTNAM NEW C MUTUAL FUND | | None | | | Sell | 2004 | J | A | See note in Part VIII |
| 28. PUTNAM NEW OPP MUTUAL FUND | | None | | | Sell | 2004 | J | A | See note in Part VIII |
| 29. DELTA AIRLINES COMMON STOCK | A | Dividend | | | Sell | 09/22 | J | A | See note in Part VIII |
| 30. EUROPEAN GROWTH PORT 00A MUTUAL FUND | | None | | | | | | | See note in Part VIII |
| 31. JOHN HANCOCK GROWTH MUTUAL FUND | A | Dividend | J | T | | | | | |
| 32. ML GROWTH FUND CLB MUTUAL FUND | A | Dividend | | | Sell | 11/15 | J | A | |
| 33. ALLIANCE DDFD-CORP. BOND PORT CLB MUTUAL FUND | A | Dividend | K | T | | | | | |
| 34. ML BANKING ADVANTAGE MONEY MARKET | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CMA MONEY FUND MONEY MARKET | A | Interest | J | T | | | | | |
| 36. PUERTO RICO CMWLTH IFA MUN. BOND | A | Dividend | K | T | | | | | |
| 37. SPRINT NEXTEL COMMON STOCK | A | Dividend | J | T | Merger | 08/12 | J | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PAYNE, JAMES H | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, p 1, Line 7 Sale effective 02-05-2004; inadvertently omitted from 2004 report.

Part VII, p 1, Lines 8 & 10 Anchor National and Polaris merged in 2001 and now identified as Sun Life/Polaris Variable Annuity.

Part VII, p 1, Line 9 Formerly identified as AmCapFund, Inc. Mutual Fund (high income)

Part VII, p 1, Line 16 On November 22, 2005, SBC merged with AT&T and the new entity known as AT&T

Part VII, p 2, Line 27     Sale effective 02-05-2004; inadvertently omitted sale in 2004 report.

Part VII, p 2, Line 28 Sale effective 02-05-2005; inadvertently omitted sale 2004 report.

Part VII, p 2, Line 29 Failed to indicate on 2004 report as only a "partial" sale effective 12-30-2004.

Part VII, p 2, Line 30 Same fund as reflected in #26; will delete #30 from 2006 report.

Part VII, p 3, Line 37 Sprint Nextel merger; previously reported Sprint stock sold in 2002; did not recognize as only a "partial" sale of Sprint stock until notice of merger of balance of 50 shares of Sprint stock with Nextel on 08-12-2005.

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur[                ]                                          Date  5 - 12 - 06

NOTE: [ ]LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR[ ]

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544